## Gaylord of Butler, Inc., Appellant, *v.* Manley, Inc.

Argued April 10, 1973. *Lee A. Montgomery,* with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* for appellant; *Vincent J. Grogan,* with him *Grogan, Graffman & McGinley,* for appellee.

Judgment affirmed.

## Girardi et ux., Appellants, *v.* New Kensington.

Argued April 9, 1973. *J. Raymond Ambrose, Jr.,* with him *Robert J. Key,* for appellants; *David L. Robinson,* with him *Robinson, Fisher & Long,* for appellees.

Judgment affirmed.

## Gormley et ux. *v.* Colonial Gas Coal Company (et al., Appellant).

Argued April 11, 1973. *Marvin A. Luxenberg,* with him *Keller & Luxenberg,* for appellant; *W. Walter Braham,* with him *Braham, Mitsos & McCracken,* for appellees.

Order affirmed.